DOCKET NO. 529

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DAYCO CORPORATION FOREIGN SALES ORDERS LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of six actions pending in two districts as follows: four actions in the Southern District of Ohio and two actions in the Southern District of New York. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize the litigation in the Southern District of New York. The motion is brought by plaintiff Richard Purcell, and is not supported by any other party.

On the basis of the papers filed and the hearing held, movant has not persuaded us, in the face of no support from responding parties, that Section 1407 transfer would serve the convenience of the parties and witnesses and further the just and efficient conduct of the litigation. Moreover, we note that various parties in this docket have represented that alternatives to Section 1407 transfer, such as arrangements for counsel in the Ohio actions to attend all New York depositions, have already been utilized. Whatever need that might have existed for centralization under Section 1407 is thus diminished.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Edward S. Northrop took no part in the decision of this matter.

SCHEDULE A

MDL-529 -- In re Dayco Corporation Foreign Sales Orders Litigation

    Southern District of Ohio

Robert Heist v. Richard J. Jacob, et al.,
   C.A. No. C-3-82-184
Allen Efros, etc. v. Richard J. Jacob, et al.,
   C.A. No. C-3-82-254
S.C. Blumberg v. Richard J. Jacob, et al.,
   C.A. No. C-3-82-329
Richard F. Purcell v. Richard J. Jacob, et al.,
   C.A. No. C-3-82-405

    Southern District of New York

Dayco Corp. v. Foreign Transactions Corp., et al.,
   C.A. No. 82 Civ 3354
Richard F. Purcell v. Foreign Transactions Corp., et al.,
   C.A. No. 82 Civ 4817